PROB 12C
(Rev. D/NM-5/03)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Sylvester Bruce |
| Docket Number: | 1:12CR00678-001MV |
| Assigned Judge: | Honorable United States District Judge, Martha Vázquez |
| Date of Original Sentence: | October 22, 2012 |
| Original Offense: | Count I - Deprivation of Rights, 18 U.S.C. 242 |
| | Count II - False Statements, 18 U.S.C. 1001 |
| Original Sentence: | 12 months and one day custody to run concurrently followed by a three year term of supervised release to run concurrently. |
| Date Supervision Commenced: | 8/10/2013 |
| Date Supervision Expires: | 8/9/2016 |
| Other Court Action: | None |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Jason Towne, alleges the offender has violated the following condition(s) of supervised release.

*Violation Type*  *Nature of Noncompliance*

Mandatory   Mandatory Condition - "The defendant shall not commit another federal, state, or local crime."

On December 26, 2013, the defendant allegedly committed the offense of Larceny over $500 but less then $2,500 as evidenced by a incident report prepared by the Albuquerque Police Department.

Special   "The defendant must not possess or use a computer with access to any "on-line computer service" at any location without the prior written approval of the probation office. The defendant must allow the probation office to install appropriate software to monitor the use of the Internet."

On January 7, 2014, the defendant was found in possession of a Nook Tablet with Wi-Fi capability which he failed to receive prior approval before purchasing the device.

Special   "The defendant shall be prohibited from viewing or possessing any material including photographs, images, books, writings, drawings, videos or video games, depicting and/or describing sexually explicit conduct or child pornography as defined in 18 U.S.C. 2256."

On January 7, 2014, a visual inspection of the internet browser history of the Nook tablet indicated the defendant used the device to access pornographic websites, specifically, XNXX pornographic website.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 8, 2014.

| Submitted: | Approved: | ☒ Phone Approval |
|---|---|---|
| Jason Towne<br>U.S. Probation Officer | Kimberly Brawley<br>Assistant U.S. Attorney | |
| Date: January 8, 2014 | Date: January 8, 2014 | |